IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:03CR3111 |
| V. | ) | |
| TONG THANH ROBERT NGUYEN, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the government shall file a reply brief to the defendant's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), no later than Monday, April 2, 2012.

DATED this 1st day of March, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge